**GT GreenbergTraurig**

John P. McEntee
Co-Managing Shareholder, Long Island Office
T: +1 516.629.9605
John.McEntee@gtlaw.com

January 26, 2026

**VIA ECF**

Hon. Nusrat J. Choudhury
United States District Judge
U.S. District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

Re:   *Fasolakis* v. *County of Nassau*, et. al., No. 22-cv-7954-NJC-AYS

Dear Judge Choudhury:

We represent Defendants in this action and write in response to the Court's January 23, 2026 Order.

On January 14, 2026 we contacted Plaintiff's counsel to request details on Plaintiff's post-trial motions and advise counsel for scheduling purposes that we wanted three weeks to prepare opposition papers. In our meet-and-confer prior to the Order, we did not discuss the basis for the motion or the extension of any applicable deadlines to file the motion. And we have not heard from Plaintiff's counsel since the issuance of the Order. As a result, Defendants cannot comment on the basis for the motion or the propriety of an extension of any applicable deadlines to file the motion.

Thank you.

Respectfully submitted,

   s/ *John P. McEntee*
John P. McEntee

cc:   All Counsel of Record

**Greenberg Traurig, LLP | Attorneys at Law**
900 Stewart Avenue | Garden City, NY 11530 | T +1 516.629.9600 | F +1 516.706.8666

www.gtlaw.com